*trice Rosenberg* for the United States.

No. 257, Misc. BURICH *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall* for the United States.

No. 265, Misc. WOODRING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 275, Misc. BRAVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 277, Misc. GUNZBURGER *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 280, Misc. DEARINGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 285, Misc. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 296, Misc. STIGALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 328, Misc. GUFFEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg*

and *Robert G. Maysack* for the United States.

No. 297, Misc. TOMAIOLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 300, Misc. CRUZ *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied. *Harvey L. McCormick* for petitioner. *Solicitor General Marshall* for respondent.

No. 315, Misc. TOLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 322, Misc. BOYDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 325, Misc. POPE *v.* PARKER, WARDEN. C. A. 3d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for respondent.

No. 333, Misc. HAMANN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 346, Misc. GRAVENMIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 347, Misc. NORMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Milton A. Kallis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United